# UNITED STATES DISTRICT COURT

## for the Central District of California

| | |
|---|---|
| In the Matter of the Search of )<br><br>Thirteen Parcels in the Custody of the<br>United States Postal Inspection Service in<br>the City of Industry, California | )<br>)<br>)<br>)<br>)    Case No. **2:24-MJ-04158** |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property:

*See Attachment A*

located in the Central District of California, there is now concealed *(identify the person or describe the property to be seized)*:

*See Attachment B*

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;

☒ contraband, fruits of crime, or other items illegally possessed;

☒ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Distribution and possession with intent to distribute a controlled substance |
| 21 U.S.C. § 846 | Conspiracy and attempt |
| 21 U.S.C. § 843(b) | Unlawful use of communication facility |

The application is based on these facts:

*See attached Affidavit*

☒ Continued on the attached sheet.

☐ Delayed notice of _____ days (*give exact ending date if more than 30 days*:_____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*/s/ Zachary Sumpter, USPIS TFO*
_____
*Applicant's signature*

TFO Zachary Sumpter, United States Postal Inspection Service
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _____

_____
*Judge's signature*

City and state: <u>Los Angeles, CA</u>

Hon. Pedro V. Castillo, United States Magistrate Judge
*Printed name and title*

AUSA: Jeremy K. Beecher (x5429)

**ATTACHMENT A**

PARCELS TO BE SEARCHED

The following United States Postal Service ("USPS") parcels seized from the mail stream between June 25, 2024, and July 2, 2024, and currently in the custody of the United States Postal Inspection Service in City of Industry, California:

a.   **SUBJECT PARCEL 1** is a USPS Priority Mail Express parcel bearing tracking number EI 601 276 771 US. **SUBJECT PARCEL 1** is a brown colored, medium-sized cardboard box. **SUBJECT PARCEL 1** is addressed to "Fred Miranda, 39 Ovia Concido, San Clemente, CA 92673." The return address listed on **SUBJECT PARCEL 1** is "M. Reynolds, 712 State Hwy 166, Cooperstown, NY 13326." **SUBJECT PARCEL 1** was postmarked on June 26, 2024, in the 13807 zip code.

b.   **SUBJECT PARCEL 2** is a USPS Priority Mail Express parcel bearing tracking number EI 981 702 156 US. **SUBJECT PARCEL 2** is white colored, medium-sized USPS Mailing box. **SUBJECT PARCEL 2** is addressed to "CGETC, 18385 San Jose Av (Dock #13), CITY OF INDUSTRY. CA 91748." The return address listed on **SUBJECT PARCEL 2** is "Yong Lee, Falls Church Marriott Fairview # 265, 3111 Fairview park, V.A 22042." **SUBJECT PARCEL 2** was postmarked on June 27, 2024, in the 22116 zip code.

c.   **SUBJECT PARCEL 3** is a USPS Priority Mail Express parcel bearing tracking number EE 340 913 450 US. **SUBJECT PARCEL 3** is a white colored, medium-sized USPS Padded Flat Rate Envelope. **SUBJECT PARCEL 3** is addressed to "Quamina Carter, 106 Greenbriar Lane, La Puente, CA 91744." The return address

listed on **SUBJECT PARCEL 3** is "Ronald Miller, 10068 Pine Grove Way, Indianapolis, IN. 46234." **SUBJECT PARCEL 3** was postmarked on June 26, 2024, in the 46206 zip code.

        d.    **SUBJECT PARCEL 4** is a USPS Priority Mail Express parcel bearing tracking number EI 978 132 216 US. **SUBJECT PARCEL 4** is a brown colored, medium-sized cardboard box. **SUBJECT PARCEL 4** is addressed to "Louis Castor, 1927 Harbor Blvd, #396 Costa Mesa, CA 92667." The return address listed on **SUBJECT PARCEL 4** is "Garrett Dirks, 1115 welkins street mount Vernon IL, 92864." **SUBJECT PARCEL 4** was postmarked on June 24, 2024, in the 62864 zip code.

        e.    **SUBJECT PARCEL 5** is a USPS Priority Mail Express parcel bearing tracking number EI 512 016 063 US. **SUBJECT PARCEL 5** is a white colored, medium-sized USPS Flat Rate Envelope. **SUBJECT PARCEL 5** is addressed to "Asem Sharhan, 1960 New Ave uNit C, San Gabriel CA 91766." The return address listed on **SUBJECT PARCEL 5** is "280 BASAM Nahshal, 280 wyckoff Ave, Brooklyn N.Y 11237." **SUBJECT PARCEL 5** was postmarked on June 25, 2024, in the 11372 zip code.

        f.    **SUBJECT PARCEL 6** is a USPS Priority Mail Express parcel bearing tracking number EI 682 417 812 US. **SUBJECT PARCEL 6** is a white colored, medium-sized USPS Flat Rate Envelope. **SUBJECT PARCEL 6** is addressed to "Krystal Sastre Liz, 343 S. Arroyo Dr. apt. i, San Gabriel, CA 91776." The return address listed on **SUBJECT PARCEL 6** is "Jacqueline Santos, 1309 Nevada Ave., Orlando FL. 32809." **SUBJECT PARCEL 6** was postmarked on June 26, 2024, in the 32809 zip code.

g.   **SUBJECT PARCEL 7** is a USPS Priority Mail Express parcel bearing tracking number EI 429 275 033 US.  **SUBJECT PARCEL 7** is a white colored, small-sized cardboard box.  **SUBJECT PARCEL 7** is addressed to "Forbidden USA, 506 Sanford Ave, Wilmington, CA 90744."  The return address listed on **SUBJECT PARCEL 7** is "1208 needham court, Crofton MD 21114."  **SUBJECT PARCEL 7** was postmarked on June 25, 2024, in the 21075 zip code.

h.   **SUBJECT PARCEL 8** is a USPS Priority Mail Express parcel bearing tracking number EI 949 436 776 US.  **SUBJECT PARCEL 8** is a white colored, medium-sized USPS Flat Rate Box.  **SUBJECT PARCEL 8** is addressed to "Kevin Prieto, 2255 Molino, Irvine, CA 92618."  The return address listed on **SUBJECT PARCEL 8** is "Dustin Macheska, 430 9th st., Red wing, MN 55066."  **SUBJECT PARCEL 8** was postmarked on June 26, 2024, in the 55066 zip code.

i.   **SUBJECT PARCEL 9** is a USPS Priority Mail Express parcel bearing tracking number EI 328 670 193 US.  **SUBJECT PARCEL 9** is a brown colored, small-sized cardboard box.  **SUBJECT PARCEL 9** is addressed to "Paty, 403 Park Shadow Ct., Baldwin Park, California 91706."  The return address listed on **SUBJECT PARCEL 9** is "Rubenia Ruyo, 662268 Hickory Hills Rd, chilton, wi 53014."  **SUBJECT PARCEL 9** was postmarked on June 24, 2024, in the 53014 zip code.

j.   **SUBJECT PARCEL 10** is a USPS Priority Mail Express parcel bearing tracking number EI 478 734 420 US.  **SUBJECT PARCEL 10** is a white colored, small-sized USPS Mailing Envelope.  **SUBJECT PARCEL 10** is addressed to "Mark Groce, 365 N. Magnolia Ave, Anaheim Ca. 92801."  The return address listed on **SUBJECT**

**PARCEL 10** is "Yvonne Webb, 238 Harrison Rd., Norlina N.C. 27563." **SUBJECT PARCEL 10** was postmarked on June 27, 2024, in the 27589 zip code.

      k.    **SUBJECT PARCEL 11** is a USPS Priority Mail parcel bearing tracking number 9505 5139 5423 4169 6697 10. **SUBJECT PARCEL 11** is a white colored, medium-sized USPS Flat Rate Box. **SUBJECT PARCEL 11** is addressed to "Willam Rashord, 23785 El Toro Rd #208, Lake forest, CA 92630." The return address listed on **SUBJECT PARCEL 11** is "Allison wood, 638 inman St Akron oh 44306." **SUBJECT PARCEL 11** was postmarked on June 17, 2024, in the 44309 zip code.

      l.    **SUBJECT PARCEL 12** is a USPS Priority Mail parcel bearing tracking number 9505 5139 5425 4173 3034 31. **SUBJECT PARCEL 12** is a white colored, medium-sized USPS Mailing Box. **SUBJECT PARCEL 12** is addressed to "23785 El Toro Rd, Lake forest, CA 92630." The return address listed on **SUBJECT PARCEL 12** is "Allison wood, 638 inman St Akron oh 44306." **SUBJECT PARCEL 12** was postmarked on June 21, 2024, in the 44309 zip code.

      m.    **SUBJECT PARCEL 13** is a USPS Priority Mail parcel bearing tracking number 9505 5139 5423 4169 6696 97. **SUBJECT PARCEL 13** is a white colored, medium-sized USPS Flat Rate Box. **SUBJECT PARCEL 13** is addressed to "Tom Lee, 23785 El Toro Rd #30078, Lake forest, CA 92630." The return address listed on **SUBJECT PARCEL 13** is "Allison wood, 638 inman St Akron oh 44306." **SUBJECT PARCEL 13** was postmarked on June 17, 2024, in the 44309 zip code.

## **ATTACHMENT B**

ITEMS TO BE SEIZED

The items to be seized are evidence, contraband, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance), 846 (conspiracy to distribute or possess with intent to distribute a controlled substance), and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance), namely:

     a.   Any controlled substances;

     b.   Currency, money orders, bank checks, or similar monetary instruments in aggregate quantities over $1,000; and

     c.   Parcel wrappings, and any associated packaging material.

## **AFFIDAVIT**

I, Zachary Sumpter, being duly sworn, declare and state as follows:

### I. **PURPOSE OF AFFIDAVIT**

1.  This affidavit is made in support of an application for a warrant to search the following ten United States Postal Service ("USPS") Priority Mail Express parcels and three USPS Priority Mail parcels in the custody of the United States Postal Inspection Service ("USPIS") in City of Industry, California, within the Central District of California (collectively, the **"SUBJECT PARCELS"**), as described more fully in Attachment A:

a.  A USPS Priority Mail Express parcel bearing tracking number EI 601 276 771 US (**"SUBJECT PARCEL 1"**);

b.  A USPS Priority Mail Express parcel bearing tracking number EI 981 702 156 US (**"SUBJECT PARCEL 2"**);

c.  A USPS Priority Mail Express parcel bearing tracking number EE 340 913 450 US (**"SUBJECT PARCEL 3"**);

d.  A USPS Priority Mail Express parcel bearing tracking number EI 978 132 216 US (**"SUBJECT PARCEL 4"**);

e.  A USPS Priority Mail Express parcel bearing tracking number EI 512 016 063 US (**"SUBJECT PARCEL 5"**);

f.  A USPS Priority Mail Express parcel bearing tracking number EI 682 417 812 US (**"SUBJECT PARCEL 6"**);

g.  A USPS Priority Mail Express parcel bearing tracking number EI 429 275 033 US (**"SUBJECT PARCEL 7"**);

h.  A USPS Priority Mail Express parcel bearing tracking number EI 949 436 776 US (**"SUBJECT PARCEL 8"**);

i.   A USPS Priority Mail Express parcel bearing tracking number EI 328 670 193 US ("**SUBJECT PARCEL 9**");

j.   A USPS Priority Mail Express parcel bearing tracking number EI 478 734 420 US ("**SUBJECT PARCEL 10**");

k.   A USPS Priority Mail parcel bearing tracking number 9505 5139 5423 4169 6697 10 ("**SUBJECT PARCEL 11**");

l.   A USPS Priority Mail parcel bearing tracking number 9505 5139 5425 4173 3034 31 ("**SUBJECT PARCEL 12**"); and

m.   A USPS Priority Mail parcel bearing tracking number 9505 5139 5423 4169 6696 97 ("**SUBJECT PARCEL 13**").

2.   The requested search warrant seeks authorization to seize evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance), 846 (conspiracy to distribute or possess with intent to distribute a controlled substance), and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance), as described more fully in Attachment B.  Attachments A and B are incorporated by reference herein.

3.   The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all

conversations and statements described in this affidavit are related in substance and in part only.

## II. **TRAINING AND EXPERIENCE**

4.     I am a Task Force Officer ("TFO") with the United States Postal Inspection Service ("USPIS") and have been since November 2021.  I am currently assigned as a TFO to the Contraband Interdiction and Investigations South Team of the Los Angeles Division, which is responsible for investigating drug trafficking involving the United States Mail.  Accordingly, I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7).  Specifically, I am an officer of the United States empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.  Prior to being assigned as a TFO with the USPIS, I worked as a full-time sworn law enforcement officer with the Chino Police Department.

5.     I have received training and have experience investigating violations of state and federal narcotics and money laundering laws.  I have been involved in various electronic surveillance methods including state and federal wiretap investigations, the debriefing of informants and witnesses, as well as others who have knowledge of the manufacturing, distribution, transportation, storage, and importation of controlled substances, and the laundering of drug proceeds.  I have participated in many aspects of drug investigations, including investigations into the smuggling of

illegal drugs, money laundering, and extortion related to drug trafficking.  I am familiar with narcotics traffickers' methods of operation, including the manufacturing, storage, transportation, and distribution of narcotics, the collection of money that represents the proceeds of narcotics trafficking, and money laundering.  I am familiar with how drug traffickers use counter-surveillance techniques to avoid detection by law enforcement.

### III. <u>SUMMARY OF PROBABLE CAUSE</u>

6.    Between June 25, 2024, and July 2, 2024, during routine parcel inspections at the City of Industry USPS Processing and Distribution Center in Los Angeles County, California, I identified the **SUBJECT PARCELS** as meeting some of the following criteria common to packages containing contraband: they were excessively taped, contained handwritten labels, lacked business account numbers, and/or contained sender and recipient names that were not associated with their respective listed addresses, according to law enforcement databases.

7.    On July 3, 2024, a trained drug detection dog alerted to each of the **SUBJECT PARCELS** for the presence of drugs or other items, such as the proceeds of drug sales that have been contaminated by drugs.

### IV. <u>STATEMENT OF PROBABLE CAUSE</u>

#### A.    **Background on Use of Mails for Drug Trafficking**

8.    Based on my training and experience as a TFO, and the experiences related to me by Postal Inspectors who specialize in drug investigations, I know the following:

a.   Los Angeles is a significant source area for controlled substances. Controlled substances are frequently transported from the Los Angeles area via US Mail, and the proceeds from the sale of controlled substances are frequently returned to the Los Angeles area via US Mail. These proceeds are generally in the form of money orders, bank checks, or similar monetary instruments in an amount over $1,000. Based on my training and experience, I know that proceeds from the sale of controlled substances often contain the odor of drugs because they have been contaminated by or associated with the odor of one or more drugs.

b.   Drug distributors often use USPS Priority Mail Express, which is the USPS overnight/next day delivery mail product, or Priority Mail Service, which is the USPS two-to-three-day delivery mail product.  Drug distributors use the Priority Mail Express delivery service because of its speed, reliability, and the ability to track the parcel's progress to delivery.  Drug distributors use the Priority Mail delivery service because it provides them more time for travel between states if they decide to follow their shipments to their destination for distribution.  Also, by adding delivery confirmation to a Priority Mail parcel, drug traffickers have the ability to track the parcel's progress to the intended delivery point, as if the parcel had been mailed using the Priority Mail 2-Day Service.

9.   The following indicia suggest that a parcel may contain drugs or drug distribution proceeds:

      a.   The parcel is contained in a Large Flat Rate cardboard box;

      b.   The parcel bears a handwritten or typed label, whether USPS Express Mail or Priority Mail;

      c.   The handwritten or typed label on the parcel does not contain a business account number;

      d.   The seams of the parcel are all taped or glued shut;

      e.   The parcel emits an odor of a cleaning agent or adhesive or spray foam that can be detected by a human; and

      f.   Multiple parcels are mailed by the same individual, on the same day, from different locations.

10.  Parcels exhibiting such indicia may be subject to further investigation, which may include verification of the addressee and return addresses.

11.  I know from my training and experience that drug traffickers often use fictitious or incomplete names and addresses in an effort to conceal their identities from law enforcement officers investigating these types of cases.  To the extent that real addresses are ever used, it is only to lend a legitimate appearance to the parcel and is almost always paired with a false name.

**B.   Initial Investigation of the SUBJECT PARCELS**

12.  Between June 25, 2024, and July 2, 2024, during routine parcel inspections at the City of Industry USPS Processing and Distribution Center in Los Angeles County, California, I determined that the **SUBJECT PARCELS** met some of

the initial suspicious characteristics as described above.
Specifically, I determined the following:

       a.    **SUBJECT PARCEL 1** is a USPS Priority Mail Express
parcel bearing tracking number EI 601 276 771 US. **SUBJECT
PARCEL 1** is a brown colored, medium-sized cardboard box.
**SUBJECT PARCEL 1** is wrapped in copious amounts of tape, has a
handwritten label, and does not contain a business account
number. According to CLEAR[1] database records, the return address
listed on **SUBJECT PARCEL 1** – "712 State Hwy 166, Cooperstown, NY
13326" – appears to be a legitimate address and is associated
with the listed sender, "M. Reynolds." The recipient address
listed on **SUBJECT PARCEL 1** – "39 Ovia Concido, San Clemente, CA
92673" – appears to be a legitimate address but is not
associated with the listed recipient, "Fred Miranda."

       b.    **SUBJECT PARCEL 2** is a USPS Priority Mail Express
parcel bearing tracking number EI 981 702 156 US. **SUBJECT
PARCEL 2** is white colored, medium-sized USPS Mailing box.
**SUBJECT PARCEL 2** has a handwritten label, and does not contain a
business account number. According to CLEAR database records,
the return address listed on **SUBJECT PARCEL 2** – "Falls Church
Marriott Fairview # 265, 3111 Fairview park, V.A 22042" -
appears to be a legitimate address, but is not associated with
the listed sender, "Yong Lee." The recipient address listed on
**SUBJECT PARCEL 2** – "18385 San Jose Av (Dock #13), CITY OF

---

[1] CLEAR is a public information database used by law
enforcement that provides names, addresses, telephone numbers,
and other identifying information.

INDUSTRY. CA 91748" - appears to be a legitimate address, but is not associated with the listed recipient, "CGETC."

       c.   **SUBJECT PARCEL 3** is a USPS Priority Mail Express parcel bearing tracking number EE 340 913 450 US. **SUBJECT PARCEL 3** is a white colored, medium-sized USPS Padded Flat Rate Envelope. **SUBJECT PARCEL 3** has a handwritten label, and does not contain a business account number. According to CLEAR database records, the return address listed on **SUBJECT PARCEL 3** – "10068 Pine Grove Way, Indianapolis, IN. 46234" - appears to be a legitimate address, and is associated with the listed sender, "Ronald Miller." The recipient address listed on **SUBJECT PARCEL 3** – "106 Greenbriar Lane, La Puente, CA 91744" appears to be a legitimate address, and is associated with the listed recipient, "Quamina Carter." Based on my training and experience, I know that drug traffickers will sometimes use real names to appear legitimate in attempt to deter law enforcement.

       d.   **SUBJECT PARCEL 4** is a USPS Priority Mail Express parcel bearing tracking number EI 978 132 216 US. **SUBJECT PARCEL 4** is a brown colored, medium-sized cardboard box. **SUBJECT PARCEL 4** is wrapped in copious amounts of clear tape, has a handwritten label, and does not contain a business account number. According to CLEAR database records, the return address listed on **SUBJECT PARCEL 4** – "1115 welkins street mount Vernon IL, 92864" - appears to be legitimate address, and is associated with the listed sender, "Garrett Dirks." The recipient address listed on **SUBJECT PARCEL 4** – "1927 Harbor Blvd, #396 Costa Mesa, CA 92667" - appears to be a legitimate address, but is not

associated with the listed recipient, "Louis Castor."

      e.    **SUBJECT PARCEL 5** is a USPS Priority Mail Express parcel bearing tracking number EI 512 016 063 US.  **SUBJECT PARCEL 5** is a white colored, medium-sized USPS Flat Rate Envelope.  **SUBJECT PARCEL 5** has a handwritten label and does not contain a business account number.  According to CLEAR database records, the return address listed on **SUBJECT PARCEL 5** – "280 wyckoff Ave, Brooklyn N.Y 11237" - appears to be legitimate address, but is not associated with the listed sender, "280 BASAM Nahshal."  The recipient address listed on **SUBJECT PARCEL 5** – "1960 New Ave uNit C, San Gabriel CA 91766" - appears to be a legitimate address, but is not associated with the listed recipient, "Asem Sharhan."

      f.    **SUBJECT PARCEL 6** is a USPS Priority Mail Express parcel bearing tracking number EI 682 417 812 US.  **SUBJECT PARCEL 6** is a white colored, medium-sized USPS Flat Rate Envelope.  **SUBJECT PARCEL 6** has a handwritten label and does not contain a business account number.  According to CLEAR database records, the return address listed on **SUBJECT PARCEL 6** – "1309 Nevada Ave., Orlando FL. 32809" - appears to be legitimate address, and is associated with the listed sender, "Jacqueline Santos."  The recipient address listed on **SUBJECT PARCEL 6** – "343 S. Arroyo Dr. apt. i, San Gabriel, CA 91776" - appears to be a legitimate address, but is not associated with the listed recipient, "Krystal Sastre Liz."

      g.    **SUBJECT PARCEL 7** is a USPS Priority Mail Express parcel bearing tracking number EI 429 275 033 US.  **SUBJECT**

**PARCEL 7** is a white colored, small-sized cardboard box. **SUBJECT PARCEL 7** is wrapped in clear tape, has a handwritten label, and does not contain a business account number. According to CLEAR database records, the return address listed on **SUBJECT PARCEL 7** – "1208 needham court, Crofton MD 21114" - appears to be legitimate address, but **SUBJECT PARCEL 7** does not have a listed sender name. The recipient address listed on **SUBJECT PARCEL 7** – "506 Sanford Ave, Wilmington, CA 90744" - appears to be a legitimate address, and is associated with the listed recipient, "Forbidden USA."

       h.    **SUBJECT PARCEL 8** is a USPS Priority Mail Express parcel bearing tracking number EI 949 436 776 US. **SUBJECT PARCEL 8** is a white colored, medium-sized USPS Flat Rate Box. **SUBJECT PARCEL 8** is wrapped in clear tape, has a handwritten label, and does not contain a business account number. According to CLEAR database records, the return address listed on **SUBJECT PARCEL 8** – "430 9th st., Red wing, MN 55066" - appears to be legitimate address, but is not associated with the listed sender, "Dustin Macheska." The recipient address listed on **SUBJECT PARCEL 8** – "2255 Molino, Irvine, CA 92618" - appears to be legitimate address, but is not associated with the listed sender, "Kevin Prieto."

       i.    **SUBJECT PARCEL 9** is a USPS Priority Mail Express parcel bearing tracking number EI 328 670 193 US. **SUBJECT PARCEL 9** is a brown colored, small-sized cardboard box. **SUBJECT PARCEL 9** is wrapped in copious amounts of clear tape, has a handwritten label, and does not contain a business account

number.  According to CLEAR database records, the return address listed on **SUBJECT PARCEL 9** – "662268 Hickory Hills Rd, chilton, wi 53014" - appears to be legitimate address, but is not associated with the listed sender, "Rubenia Ruyo."  The recipient address listed on **SUBJECT PARCEL 9** – "403 Park Shadow Ct., Baldwin Park, California 91706" - appears to be legitimate address, but is not associated with the listed sender, "Paty."

j.   **SUBJECT PARCEL 10** is a USPS Priority Mail Express parcel bearing tracking number EI 478 734 420 US.  **SUBJECT PARCEL 10** is a white colored, small-sized USPS Mailing Envelope. **SUBJECT PARCEL 10** has a handwritten label, has no phone numbers for either the sender or recipient, and does not contain a business account number.  According to CLEAR database records, the return address listed on **SUBJECT PARCEL 10** – "238 Harrison Rd., Norlina N.C. 27563" - appears to be legitimate address, and is associated with the listed sender, "Yvonne Webb."  The recipient address listed on **SUBJECT PARCEL 10** – "365 N. Magnolia Ave, Anaheim Ca. 92801" - appears to be legitimate address, and is associated with the listed sender, "Mark Groce."  Based on my training and experience, I know that drug traffickers will sometimes use real names to appear legitimate in attempt to deter law enforcement.

k.   **SUBJECT PARCEL 11** is a USPS Priority Mail parcel bearing tracking number 9505 5139 5423 4169 6697 10.  **SUBJECT PARCEL 11** is a white colored, medium-sized USPS Flat Rate Box. **SUBJECT PARCEL 11** has a handwritten label and does not contain a business account number.  According to CLEAR database records,

the return address listed on **SUBJECT PARCEL 11** – "638 inman St Akron oh 44306" - appears to be legitimate address, but is not associated with the listed sender, "Allison wood." The recipient address listed on **SUBJECT PARCEL 11** – "23785 El Toro Rd #208, Lake forest, CA 92630" - appears to be legitimate address, but is not associated with the listed sender, "Willam Rashord."

      l.    **SUBJECT PARCEL 12** is a USPS Priority Mail parcel bearing tracking number 9505 5139 5425 4173 3034 31. **SUBJECT PARCEL 12** is a white colored, medium-sized USPS Mailing Box. **SUBJECT PARCEL 12** has a handwritten label and does not contain a business account number. According to CLEAR database records, the return address listed on **SUBJECT PARCEL 12** – "638 inman St Akron oh 44306" - appears to be legitimate address, but is not associated with the listed sender, "Allison wood." The recipient address listed on **SUBJECT PARCEL 12** – "23785 El Toro Rd, Lake forest, CA 92630" - appears to be legitimate address, but has no recipient name listed.

      m.    **SUBJECT PARCEL 13** is a USPS Priority Mail parcel bearing tracking number 9505 5139 5423 4169 6696 97. **SUBJECT PARCEL 13** is a white colored, medium-sized USPS Flat Rate Box. **SUBJECT PARCEL 13** has a handwritten label and does not contain a business account number. According to CLEAR database records, the return address listed on **SUBJECT PARCEL 13** – "638 inman St Akron oh 44306" - appears to be legitimate address, but is not associated with the listed sender, "Allison wood." The recipient address listed on **SUBJECT PARCEL 13** – "23785 El Toro

Rd #30078, Lake forest, CA 92630" - appears to be legitimate address, but is not associated with the listed sender, "Tom Lee."

### C. Drug-Detection Dog Alerts to the SUBJECT PARCELS

13. On July 3, 2024, based on the suspicious characteristics of the SUBJECT PARCELS, Chino Police Department Corporal Angel Bran had his trained drug detection dog, "Cyra," examine the exterior of the **SUBJECT PARCELS**. I learned from Corporal Bran that Cyra gave a positive alert to **SUBJECT PARCEL 1 through SUBJECT PARCEL 13** separately, indicating the presence of controlled substances or other items, such as the proceeds of controlled substances, which have been recently contaminated with the odor of controlled substances. Attached hereto as Exhibit 1 are documents setting forth information provided by Corporal Bran regarding Cyra's training and history in detecting controlled substances, and the examination of **SUBJECT PARCELS 1 through 13.**

//

//

//

## V.  <u>CONCLUSION</u>

14.  For the reasons above, there is probable cause to believe that the **SUBJECT PARCELS**, as described in Attachment A, contain evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance); 846 (conspiracy to distribute or possess with intent to distribute a controlled substance); and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance), as described in Attachment B.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 12th day of July
2024.

_____
HONORABLE PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

**EXHIBIT 1**

**AFFIDAVIT**
**HANDLER ANGEL BRAN AND K9 "CYRA"**

**DECLARATION**

I, ***Corporal Angel Bran,*** being duly sworn, declare and state: I am a sworn Peace Officer within the meaning of California Penal Code § 830.1.

**TRAINING AND EXPERIENCE**

I am a Senior Canine Handler for the Chino Police Department and have been assigned to the Canine Unit since 2018.  The Canine Unit is currently assigned to the Patrol Bureau and I assist Postal Interdiction, which is responsible for investigating drug trafficking organizations that use parcels to distribute illegal narcotics and/or narcotics proceeds through the United States Mail.  I have worked closely with USPIS Inspectors since September 2020 and have assisted in parcel investigations which have resulted in the arrest of individuals who have received and distributed controlled substances.

I have been a Peace Officer since 2013 and have been present at hundreds of drug investigations since the start of my career.  I frequently investigate and assist other Peace Officers in crimes related to illicit drug manufacturing, transportation/trafficking, sales, and other associated drug violations.  I have made hundreds of arrests throughout the course of my career in the area of narcotics which were successfully prosecuted. I have received formal training from the San Bernardino County Sheriff's Department, Chino Police Department and the California Narcotic Officers' Association on drug recognition and symptomology.

**NARCOTICS K9 TEAM CORPORAL BRAN AND K9 CYRA**
**TRAINING AND CERTIFICATIONS**

In May 2019, I attended a six-week handler course taught by Adlerhorst, in Jurupa Valley, California.  I received 240 hours of instruction in basic police dog handling skills with ***Police Service Dog (PSD) Cyra.***  PSD Cyra and I were certified as a patrol team in August 2019. In August 2020, PSD Cyra and I attended a six-week drug detection course taught by Adlerhorst. During this course, PSD Cyra and I receive 240 hours of instruction in the detection of the odor of illegal drugs.  In September 2020, PSD Cyra and I passed a certification test in the detection of the odor of illegal drugs.  During this course, I personally observed PSD Cyra alert to the presence of the odor of an illegal drug.  I am familiar and knowledgeable in the behavior's PSD Cyra engages in when she detects the odor of illegal drugs.  PSD Cyra is trained to detect the odors of the following controlled substances: methamphetamine, cocaine, heroin, and marijuana.

In November of 2020, PSD Cyra and I were recertified in patrol operations by Adlerhorst. In September 2021, 2022, and 2023 PSD Cyra and I were recertified as a patrol team (patrol operations and drug detection) by the Los Angeles County Police Canine Association. I do continual training with PSD Cyra through Adlerhorst, which consists of monthly maintenance for patrol operations and drug detection.  During the drug detection training with Adlerhorst, all the trainings are conducted "single blind" (where the result is unknown to the handler).

Single blind certification and proficiency assessments ensure that the handler cannot "cue" the dog, as the handler does not know the result.  All K9 Cyra's certifications and training are conducted using real contraband that has been tested and confirmed as such.

In addition, PSD Cyra conducts training out in the field during patrol or at training sites hosted by different police departments. The training includes various hiding locations including, but not limited to: vehicles, buildings, bags, parcels, and open areas.  This training also includes proofing PSD Cyra on novel odors such as: plastic, boxes, latex, tape, metal, money (circulated and uncirculated) and food.  I also proof PSD Cyra off my human odor.  This training is on-going and continual.

On 7/3/2024 at approximately 1130 hours, Postal Inspector Sumpter asked the assistance of PSD Cyra and I in a narcotic parcel investigation.  PSD Cyra alerted to the presence of the odor of an illegal drug emitting from the following:

**USPS parcel #1:** EI 601 276 771 US
**Addressed to:** Fred Miranda
                  39 Ovia Concido
                  San Clemente, CA 92673

**USPS parcel #2:** EI 981 702 156 US
**Addressed to:** CGETC
                  18385 San Jose Av (Dock #13)
                  City of Industry, CA 91748

**USPS parcel #3:** EE 340 913 450 US
**Addressed to:** Quamina Carter
                  106 Greenbriar Lane
                  La Puente, CA 91744

**USPS parcel #4:** EI 978 132 216 US
**Addressed to:** Louis Castor
                  1927 Harbor Blvd #396
                  Costa Mesa, CA 92627

**USPS parcel #5:** EI 512 016 063 US
**Addressed to:** Asem Sharhan
                  1960 New Ave Unit C
                  San Gabriel, CA 91776

**USPS parcel #6:** EI 682 417 812 US
**Addressed to:** Krystal Sastre Liz
                  343 S. Arroyo Dr. Apt I
                  San Gabriel, CA 91776

**USPS parcel #7:** EI 429 275 033 US
**Addressed to:** Forbidden USA
                           506 Sanford Ave
                           Wilmington, CA 90744

**USPS parcel #8:** EI 949 436 776 US
**Addressed to:** Kevin Prieto
                           2255 Molino
                           Irvine, CA 92618

**USPS parcel #9:** EI 328 670 193 US
**Addressed to:** Paty
                           403 Park Shadow Ct.
                           Baldwin Park, California 91706

**USPS parcel #10:** EI 478 734 420 US
**Addressed to:** Mark Groce
                           365 N. Magnolia Ave
                           Anaheim, CA 92801

**USPS parcel #11:** 9505 5139 5423 4169 6697 10
**Addressed to:** William Rushord
                           23785 El Toro Rd. #208
                           Lake Forest, CA 92630

**USPS parcel #12:** 9505 5139 5425 4173 3034 31
**Addressed to:**
                           234859 El Toro Rd.
                           Lake Forest, CA 92630

**USPS parcel #13:** 9505 5139 5423 4169 6696 97
**Addressed to:** Tommy Lee
                           23785 El Toro Rd. #30078
                           Lake Forest, CA 92630

*Angel Bran*
**K9 Officer Angel Bran ID#3655**
**Chino Police Department**